UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| Michael Alfaro, <br><br> Plaintiff, <br><br> v. <br><br> The Ibun Group, LLC and Suleman I. Iddrissu, an individual, <br><br> Defendants. | CIVIL ACTION NO.: 2:22-CV-06231 <br><br> ORDER |

This matter having been opened to the Court by Hall Booth Smith, P.C., Attorneys for Plaintiff, Michael Alfaro, as a Motion for Entry of Default Judgment pursuant to F.R.C.P. 55(b)(1); and the Court having reviewed Plaintiff's filings, and for good cause shown

**IT IS** on this 17th day of May, 2023;

**ORDERED** that Plaintiff's Motion for Entry of Default Judgment be and is hereby **GRANTED;** and

**IT IS FURTHER ORDERED** that Judgment is hereby entered against Defendants, The IBUN Group, LLC, and Suleman Iddrissu individually, in the amount of $282,663.80, plus interest from the date of judgment as provided by statute, together with the costs of this action until the entire amount is paid; and

2

**IT IS FURTHER ORDERED** that this Court will retain active jurisdiction over enforcement and continued litigation of this matter.

SO ORDERED.

s/ Susan D. Wigenton
HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE
Dated: May 17, 2023