JACQUELINE VORONOV (024262006)
HALL, BOOTH, SMITH, P.C.
15 E MIDLAND AVENUE, SUITE 3A
PARAMUS, NJ 07652
Phone: (201) 221-7014
Fax: (201) 730-6254

*Pro hac vice* application filed for:
ALEX B. KAUFMAN, ESQ
CHALMERS, ADAMS, BACKER & KAU
55 West Monroe Street, Ste 2300
ALPHARETTA, GA 30009
Phone: (404) 964-5587

Attorneys for Michael Alfaro

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL ALFARO, <br><br> Plaintiff, <br><br> v. <br><br> THE IBUN GROUP, LLC and SULEMAN I. IDDRISSU <br><br> Defendants. | CIVIL ACTION FILE NO.: 2:22-CV-06231 |

### ORDER GRANTING APPLICACTION
### FOR ADMISSION PRO HAC VICE
### <u>OF ALEX B. KAUFMAN, ESQ</u>

This Matter having been brought before the Court by Jacqueline Voronov, Esq, counsel for

Michael Alfaro, for an Order allowing Alex B. Kaufman, Esq, of Chalmers, Adams, Backer &

Kaufman, LLC to appear *Pro Hac Vice;* and the Court having considered the moving papers; and

there being no opposition to this application; and for good cause shown to pursuant to Local Rule 101.1(c), United States District Court for the District of New Jersey;

It is this 6th day of November, 2023, hereby

**ORDERED** that Alex B. Kaufman, Esq, a member of the Bar of the Supreme Courts of Georgia, Massachusetts, New York, & Arizona, and the District of Columbia Court of Appeals be permitted to appear *Pro Hac Vice* in the above captioned matter in the United States District Court for the District of New Jersey pursuant to Local Rule 101.1(c); provided, however, that all pleadings, briefs,, and other papers filed with the Court shall be signed by Jacqueline Voronov, Esq, a member of the firm of Hall, Booth, Smith, P.C. in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of this case, and who shall be present before the Court during all phases of the proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *Pro Hac Vice* pursuant to this Order; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(2), Alex B. Kaufman, Esq, shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in an accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date the entry of this Order, enclosing with payment a completed Form PHV-4 (attached); and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(3), Alex B. Kaufman, Esq, shall make a payment of $239.00, payable to the Clerk United States District Court; and it is further

**ORDERED** that Alex B. Kaufman, Esq, shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 101.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Rule 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(4), Alex B. Kaufman, Esq, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended.

**SO ORDERED**

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: 11/6/23